Sadie Klein et al., as Trustees, Appellants, *v.* Ernest Simons Manufacturing Company, Respondent.

Argued January 14, 1942; decided March 19, 1942.

*Martin J. Birmingham* for appellants.

*Thomas L. J. Curran* for respondent.

Judgment affirmed, with costs, on the authority of *Mortgage Commission* v. *Fay* (281 N. Y. 637). No opinion.

Concur: FINCH, RIPPEY, LEWIS and CONWAY, JJ. LEHMAN, Ch. J., LOUGHRAN and DESMOND, JJ., dissent on the authority of *Title Guarantee & Trust Co.* v. *2846 Briggs Ave.* (283 N. Y. 512).